AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C. | U.S. Court of Federal Claims | 07/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | DLA Piper Law Firm Retirement Plan. | $7,588.56 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 2. Bank of America (cash) | A | Interest | K | T | | | | | |
| 3. Potomac Cliffs at Watson House Real Estate Partnership | | None | K | R | | | | | |
| 4. Hartford Life Second-to-Die Whole Life Insurance Policy | | None | M | T | | | | | |
| 5. Commonwealth Annuity Whole Life Policy | | None | K | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. Altria Group Common Stock (MO) | A | Dividend | K | T | | | | | |
| 8. Daimler AG Common Stock (DDAIF) | A | Dividend | K | T | | | | | |
| 9. Davis New York Venture A (NYVTX) | D | Dividend | K | T | | | | | |
| 10. Brokerage Account #2 (H) | | | | | | | | | |
| 11. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 12. Clearbridge All Cap Value A (SHFVX) | B | Dividend | K | T | | | | | |
| 13. Brokerage Account #3 (H) | | | | | | | | | |
| 14. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 15. 3M Common Stock (MMM) | C | Dividend | M | T | | | | | |
| 16. Alphabet, Inc. Common Stock (GOOG) | | None | M | T | | | | | |
| 17. Altria Group Common Stock (MO) | B | Dividend | | | Sold | 06/25/18 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Express Common Stock (AXP) | B | Dividend | L | T | | | | | |
| 19. Apple Common Stock (AAPL) | A | Dividend | K | T | | | | | |
| 20. Bank of America Common Stock (BAC) | B | Dividend | L | T | | | | | |
| 21. Blackstone Group LP (BX) | A | Dividend | J | T | Buy | 09/21/18 | K | | |
| 22. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 23. Cisco Systems Common Stock (CSCO) | C | Dividend | L | T | | | | | |
| 24. Comcast Common Stock (CMCSA) | C | Dividend | M | T | Buy (add'l) | 04/26/18 | K | | |
| 25. Emerson Electric Common Stock (EMR) | B | Dividend | K | T | | | | | |
| 26. General Electric Common Stock (GE) | A | Dividend | | | Sold | 06/25/18 | K | | |
| 27. Halliburton Common Stock (HAL) | B | Dividend | K | T | | | | | |
| 28. Home Depot Common Stock (HD) | C | Dividend | M | T | | | | | |
| 29. Hospitality Properties Trust Common Stock (HPT) | C | Dividend | K | T | | | | | |
| 30. J.P. Morgan Chase Common Stock (JPM) | C | Dividend | M | T | | | | | |
| 31. Marriott Int'l Common Stock (MAR) | B | Dividend | L | T | | | | | |
| 32. Microsoft Common Stock (MSFT) | B | Dividend | M | T | | | | | |
| 33. Mondelez Int'l Inc (MDLZ) | A | Dividend | K | T | | | | | |
| 34. Newell Brands Inc. (NWL) | A | Dividend | J | T | Sold (part) | 06/25/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico Common Stock (PEP) | C | Dividend | L | T | | | | | |
| 36. Pfizer Inc. (PFE) | C | Dividend | L | T | | | | | |
| 37. Philip Morris Int'l Common Stock (PM) | B | Dividend | K | T | | | | | |
| 38. Southwest Airlines Common Stock (LUV) | A | Dividend | K | T | | | | | |
| 39. TE Connectivity Ltd. New (TEL) | A | Dividend | K | T | | | | | |
| 40. Verizon Common Stock (VZ) | C | Dividend | L | T | | | | | |
| 41. Viacom Inc New (VIAB) | B | Dividend | K | T | | | | | |
| 42. Walmart Common Stock (WMT) | B | Dividend | L | T | | | | | |
| 43. Walt Disney Common Stock (DIS) | B | Dividend | M | T | Buy (add'l) | 01/25/18 | J | | |
| 44. Williams Partners Ltd. (WPZ) | C | Dividend | | | Sold | 08/13/18 | L | | |
| 45. Williams Co Inc (WMB) | B | Dividend | L | T | Buy | 08/13/18 | L | | |
| 46. Apollo Investment Common Stock (AINV) | B | Dividend | J | T | | | | | |
| 47. Cohen & Steers Infrastructure Fund (UTF) | C | Dividend | K | T | | | | | |
| 48. DBX ETF TR Xtrack MSCI Europe Fund (DBEU) | A | Dividend | K | T | | | | | |
| 49. Eaton Vance LTD Duration Income Fund (EVV) | B | Dividend | K | T | | | | | |
| 50. First Tr MLP&ENRG Fund (FEI) | B | Dividend | | | Sold | 12/03/18 | K | | |
| 51. Kayne Anderson Energy Return Fund (KYE) | B | Dividend | | | Sold | 08/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kayne and Midstream/Engy Fd (KMF) | A | Dividend | K | T | Buy | 08/07/18 | K | | |
| 53. New Germany Fund (GF) | D | Dividend | L | T | | | | | |
| 54. Financial Sel Sect SPDR Fund (XLF) | A | Dividend | K | T | Buy (add'l) | 12/03/18 | J | | |
| 55. ACAP Strategic Interval (XCAPX) | B | Dividend | L | T | | | | | |
| 56. Skybridge Mul-Ad Ser G (CAI01) | B | Dividend | L | T | | | | | |
| 57. Brokerage Account #4 (H) | | | | | | | | | |
| 58. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 59. Adobe Systems Common Stock (ADBE) | | None | J | T | Sold (part) | 06/15/18 | J | A | |
| 60. AES Corp. Common Stock (AES) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 61. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 62. Akamai Technologies Common Stock (AKAM) | | None | J | T | Sold (part) | 05/01/18 | J | A | |
| 63. Alaska Air Group Common Stock (ALK) | A | Dividend | J | T | | | | | |
| 64. Alexion Pharm Inc. (ALXN) | | None | J | T | Buy (add'l) | 05/02/18 | J | | |
| 65. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 66. | | | | | Sold (part) | 06/18/18 | J | | |
| 67. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 68. | | | | | Sold (part) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 70. Alibaba Group Hldg Ltd (BABA) | | None | | | Buy | 08/24/18 | J | | |
| 71. | | | | | Sold | 12/11/18 | J | | |
| 72. Allergan Common Stock (AGN) | A | Dividend | J | T | Sold (part) | 06/18/18 | J | | |
| 73. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 74. | | | | | Sold (part) | 12/11/18 | J | | |
| 75. Allison Transmn Hldgs Inc (ALSN) | A | Dividend | J | T | | | | | |
| 76. Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | |
| 77. Alphabet Inc Cl C Common Stock (GOOG) | | None | J | T | | | | | |
| 78. AMC Networks Common Stock (AMCX) | | None | J | T | | | | | |
| 79. American Intl Gp Inc (AIG) | A | Dividend | | | Buy | 02/06/18 | J | | |
| 80. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 81. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 82. | | | | | Sold (part) | 06/18/18 | J | | |
| 83. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 84. | | | | | Sold (part) | 09/14/18 | J | | |
| 85. | | | | | Buy (add'l) | 10/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 87. | | | | | Sold | 12/11/18 | J | | |
| 88. American Express Common Stock (AXP) | A | Dividend | J | T | | | | | |
| 89. American Homes 4 Rent Common Stock (AMH) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 90. Ameriprise Common Stock (AMP) | | None | | | Sold (part) | 02/06/18 | J | A | |
| 91. | | | | | Sold (part) | 02/07/18 | J | A | |
| 92. | | | | | Sold | 02/08/18 | J | A | |
| 93. Anadarko Petroleum Common Stock (APC) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 94. Anheuser Busch InBev SA Spon. Common Stock (BUD) | A | Dividend | J | T | Buy (add'l) | 10/15/18 | J | | |
| 95. | | | | | Sold (part) | 12/11/18 | J | | |
| 96. Apache Corp (APA) | A | Dividend | | | Buy | 01/03/18 | J | | |
| 97. | | | | | Buy (add'l) | 01/08/18 | J | | |
| 98. | | | | | Sold | 03/15/18 | J | | |
| 99. | | | | | Buy | 04/16/18 | J | | |
| 100. | | | | | Sold | 12/11/18 | J | | |
| 101. Apple, Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |
| 102. Applied Materials, Inc. Common Stock (AMAT) | | None | | | Sold (part) | 01/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 01/11/18 | J | B | |
| 104. Autodesk Inc Deleware (ADSK) | | None | J | T | | | | | |
| 105. Autozone Inc. (AZO) | | None | J | T | | | | | |
| 106. Bank of the Ozarks Inc. (OZRK) | A | Dividend | | | Sold (part) | 09/14/18 | J | | |
| 107. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 108. | | | | | Sold | 12/11/18 | J | | |
| 109. Biogen Idec Inc. Common Stock (BIB) | | None | K | T | Buy (add'l) | 05/02/18 | J | | |
| 110. Biomarin Pharmac SE (BMRN) | | None | J | T | | | | | |
| 111. Blackrock, Inc. Common Stock (BLK) | A | Dividend | J | T | | | | | |
| 112. Bristol Myers Squibb Common Stock (BMY) | A | Dividend | J | T | Sold (part) | 06/18/18 | J | | |
| 113. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 114. | | | | | Sold (part) | 12/11/18 | J | | |
| 115. Broadcom Corp. Common Stock (AVGO) | A | Dividend | J | T | | | | | |
| 116. Caterpillar Inc (CAT) | A | Dividend | | | Sold | 12/11/18 | J | | |
| 117. CBS Corp New Cl B Shares (CBS) | A | Dividend | J | T | | | | | |
| 118. Celgene Corp. Common Stock (CELG) | | None | J | T | | | | | |
| 119. Charles Schwab New (SCHW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Chipotle Common Stock (CMG) | | None | J | T | Sold (part) | 03/15/18 | J | | |
| 121. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 122. Cisco Systems Inc. Common Stock (CSCO) | A | Dividend | J | T | | | | | |
| 123. CitiGroup Common Stock (C) | A | Dividend | J | T | Sold (part) | 11/14/18 | J | A | |
| 124. Citrix Systems, Inc. Common Stock (CTXS) | A | Dividend | J | T | | | | | |
| 125. CNX Resource Corp. (CNX) | | None | | | Sold | 08/02/18 | J | | |
| 126. Coca Cola Inc. Common Stock (KO) | A | Dividend | J | T | | | | | |
| 127. Comcast Corp. CL A Special New Common Stock (CMCSA) | A | Dividend | J | T | Buy (add'l) | 04/30/18 | J | | |
| 128. Costco Wholesale Corp New (COST) | A | Dividend | J | T | | | | | |
| 129. Cree Research Inc. Common Stock (CREE) | | None | J | T | Sold (part) | 11/08/18 | J | A | |
| 130. Dentsply Sirona Inc (XRAY) | | None | | | Sold | 06/18/18 | J | | |
| 131. | | | | | Buy | 07/19/18 | J | | |
| 132. | | | | | Sold | 09/13/18 | J | | |
| 133. Devon Energy Corp (DVN) | A | Dividend | | | Buy | 01/03/18 | J | | |
| 134. | | | | | Buy (add'l) | 01/08/18 | J | | |
| 135. | | | | | Sold | 03/15/18 | J | | |
| 136. | | | | | Buy | 04/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/11/18 | J | | |
| 138. Discover Financial Services Common Stock (DFS) | A | Dividend | J | T | | | | | |
| 139. Discovery Inc (formerly Discovery Comm. Serv. Common Stock) (DISCA) | | None | J | T | Sold (part) | 03/15/18 | J | | |
| 140. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 141. Dolby CL A Common Stock (DLB) | A | Dividend | J | T | | | | | |
| 142. DowDuPont Inc. Common Stock (DWDP) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 143. EBay Inc. Common Stock (EBAY) | | None | | | Sold (part) | 05/08/18 | J | A | |
| 144. | | | | | Sold | 06/04/18 | J | A | |
| 145. Ecolab Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 146. Encana Corp (ECA) | A | Dividend | | | Buy | 01/12/18 | J | | |
| 147. | | | | | Sold (part) | 06/18/18 | J | | |
| 148. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 149. | | | | | Sold (part) | 09/14/18 | J | | |
| 150. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 151. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 152. | | | | | Sold | 12/11/18 | J | | |
| 153. Equinix Inc (EQIX) | A | Dividend | J | T | Buy | 02/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Exelon Corp. Common Stock (EXC) | A | Dividend | J | T | | | | | |
| 155. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 156. Fairfax Financial Hldg Sub Vtg (FRFHF) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 157. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 158. | | | | | Sold (part) | 12/11/18 | J | | |
| 159. First American Finl Corp (FAF) | A | Dividend | | | Sold | 12/11/18 | J | | |
| 160. Fluor Corp. New Common Stock (FLR) | A | Dividend | | | Sold (part) | 06/18/18 | J | | |
| 161. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 162. | | | | | Sold | 12/11/18 | J | | |
| 163. Foot Locker Inc (FL) | A | Dividend | J | T | Sold (part) | 09/14/18 | J | | |
| 164. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 165. Freeport McMoran Common Stock (FCX) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 166. GATX Corp. Common Stock (GATX) | A | Dividend | J | T | | | | | |
| 167. Gentex Common Stock (GNTX) | A | Dividend | J | T | | | | | |
| 168. Halliburton Co. Common Stock (HAL) | A | Dividend | | | Sold | 12/11/18 | J | | |
| 169. Hanesbrand Inc (HBI) | A | Dividend | | | Sold | 09/14/18 | J | | |
| 170. | | | | | Buy | 10/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/11/18 | J | | |
| 172. Home Depot Inc. Common Stock (HD) | A | Dividend | J | T | Sold (part) | 03/13/18 | J | A | |
| 173. Honeywell Intl. Inc. Common Stock (HON) | A | Dividend | J | T | | | | | |
| 174. IHS Markit Ltd (INFO) | | None | J | T | | | | | |
| 175. Immunogen Common Stock (IMGN) | | None | | | Sold | 10/03/18 | J | A | |
| 176. Invesco Ltd. Common Stock (IVZ) | A | Dividend | | | Sold | 06/18/18 | J | | |
| 177. | | | | | Buy | 07/19/18 | J | | |
| 178. | | | | | Sold | 09/14/18 | J | | |
| 179. | | | | | Buy | 10/15/18 | J | | |
| 180. | | | | | Sold | 12/11/18 | J | | |
| 181. Ionis Pharmaceuticals Common Stock (IONS) | | None | J | T | | | | | |
| 182. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 183. Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 184. | | | | | Sold (part) | 03/15/18 | J | | |
| 185. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 186. Keycorp New Common Stock (KEY) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 187. Kinder Morgan Inc. (KMI) | A | Dividend | | | Sold (part) | 06/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 189. | | | | | Sold | 12/11/18 | J | | |
| 190. KLA Tencor Corp. Common Stock (KLAC) | A | Dividend | | | Sold | 09/12/18 | J | | |
| 191. Kroger Co. (KR) | A | Dividend | | | Sold (part) | 03/15/18 | J | | |
| 192. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 193. | | | | | Sold (part) | 09/12/18 | J | A | |
| 194. | | | | | Sold | 09/13/18 | J | A | |
| 195. L3 Technologies, Inc. (LLL) | A | Dividend | J | T | | | | | |
| 196. Qurate Retail Inc (QRTEA) formerly Liberty Interactive Corp (QVCA) | | None | J | T | | | | | |
| 197. Liberty Media C Ser C Sirius XM Common Stock (LSXMK) | | None | J | T | | | | | |
| 198. Linde Plc (LIN) | A | Dividend | J | T | | | | | |
| 199. McCormick and Co. Non Voting (MCK) | A | Dividend | J | T | | | | | |
| 200. Medtronic PLC Common Stock (MDT) | A | Dividend | J | T | | | | | |
| 201. Merck & Co. Inc. New Common Stock (MRK) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 202. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 203. Metlife Common Stock (MET) | A | Dividend | J | T | | | | | |
| 204. MGIC Investment Corp. Common Stock (MTG) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | Sold (part) | 01/10/18 | J | A | |
| 206. | | | | | Sold (part) | 01/11/18 | J | A | |
| 207. Murphy USA Common Stock (MUSA) | | None | J | T | | | | | |
| 208. Mylan Common Stock (MYL) | | None | | | Sold | 12/11/18 | J | | |
| 209. National Oilwell Varco Inc (NOV) | A | Dividend | | | Buy | 01/03/18 | J | | |
| 210. | | | | | Sold | 12/11/18 | J | | |
| 211. Netapp Inc Com (NTAP) | | None | J | T | Buy | 11/19/18 | J | | |
| 212. Now Inc (DNOW) | | None | J | T | Sold (part) | 03/15/18 | J | | |
| 213. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 214. Nuance Comm. Common Stock (NUAN) | | None | J | T | Sold (part) | 06/18/18 | J | | |
| 215. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 216. Nucor Corp. Common Stock (NUE) | A | Dividend | J | T | | | | | |
| 217. Nutanix Inc (NTNX) | | None | J | T | | | | | |
| 218. Nvidia Corporation (NVDA) | A | Dividend | J | T | | | | | |
| 219. OneMain Holdings Common Stock (OMF) | | None | J | T | | | | | |
| 220. Oracle Common Stock (ORCL) | A | Dividend | J | T | Buy (add'l) | 03/20/18 | J | | |
| 221. | | | | | Sold (part) | 06/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 223. Owens Corning Inc (OC) | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 224. | | | | | Sold | 03/15/18 | J | | |
| 225. | | | | | Buy | 04/16/18 | J | | |
| 226. | | | | | Sold (part) | 06/18/18 | J | | |
| 227. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 228. | | | | | Sold | 09/14/18 | J | | |
| 229. | | | | | Buy | 10/15/18 | J | | |
| 230. Palo Alto Networks Inc (PANW) | | None | J | T | Sold (part) | 06/15/18 | J | A | |
| 231. PayPal Holdings Common Stock (PYPL) | | None | J | T | | | | | |
| 232. Pebblebrook Hotel Tr. Com. Common Stock (PEB) | A | Dividend | J | T | | | | | |
| 233. Pentair Ltd. Common Stock (PNR) | A | Dividend | J | T | | | | | |
| 234. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | | |
| 235. | | | | | Sold (part) | 09/14/18 | J | | |
| 236. | | | | | Sold (part) | 12/11/18 | J | | |
| 237. Praxair Inc. (PX) | | None | | | Merged (with line 198) | 10/22/18 | J | | |
| 238. Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Realogy Holdings Common Stock (RLGY) | A | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 240. | | | | | Sold (part) | 03/15/18 | J | | |
| 241. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 242. | | | | | Sold (part) | 06/18/18 | J | | |
| 243. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 244. | | | | | Sold | 09/14/18 | J | | |
| 245. | | | | | Buy | 10/15/18 | J | | |
| 246. Red Hat Common Stock (RHT) | | None | J | T | Sold (part) | 03/06/18 | J | A | |
| 247. Regeneron Pharm Common Stock (REGN) | | None | J | T | Sold (part) | 06/18/18 | J | | |
| 248. Regions Finance Corp. Common Stock (RF) | A | Dividend | | | Sold (part) | 04/19/18 | J | A | |
| 249. | | | | | Sold (part) | 04/20/18 | J | A | |
| 250. | | | | | Sold (part) | 04/23/18 | J | A | |
| 251. | | | | | Sold | 04/24/18 | J | A | |
| 252. Sanderson Farms (SAFM) | | None | J | T | Buy | 10/17/18 | J | | |
| 253. Schlumberger Ltd. Common Stock (SLB) | A | Dividend | | | Sold (part) | 03/15/18 | J | | |
| 254. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 255. | | | | | Sold (part) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 257. | | | | | Sold | 12/11/18 | J | | |
| 258. Seagate Technology PLC Common Stock (STX) | A | Dividend | J | T | | | | | |
| 259. Service Corp. Intl. Common Stock (SCI) | A | Dividend | J | T | | | | | |
| 260. Signet Jewelers Ltd. (SIG) | A | Dividend | | | Sold | 03/15/18 | J | | |
| 261. Splunk Inc (SPLK) | | None | J | T | | | | | |
| 262. Sprout Farmers Market Inc (SFM) | | None | J | T | | | | | |
| 263. Stanley Black & Decker Common Stock (SWK) | A | Dividend | J | T | | | | | |
| 264. Stericycle Inc. (SRCL) | | None | | | Sold | 03/15/18 | J | | |
| 265. | | | | | Buy | 04/16/18 | J | | |
| 266. | | | | | Sold | 04/30/18 | J | A | |
| 267. Suncorp Energy Inc (formerly Suncorp Common Stock) (SU) | A | Dividend | J | T | | | | | |
| 268. Synchrony Fin. Common Stock (SYF) | A | Dividend | J | T | Buy (add'l) | 07/19/18 | J | | |
| 269. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 270. TE Connectivity Ltd. New (TEL) | A | Dividend | J | T | | | | | |
| 271. Teradyne Common Stock (TER) | | None | | | Sold (part) | 01/16/18 | J | B | |
| 272. | | | | | Sold | 01/17/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Texas Instruments Common Stock (TXN) | A | Dividend | J | T | | | | | |
| 274. Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 275. Transdigm Group Inc. (TDG) | | None | | | Sold (part) | 11/15/18 | J | A | |
| 276. | | | | | Sold | 11/20/18 | J | A | |
| 277. Twitter Common Stock (TWTR) | | None | J | T | | | | | |
| 278. US Bancorp Com (USB) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 279. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 280. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 281. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 282. Unilever PLC (New) ADS Common Stock (UL) | A | Dividend | J | T | | | | | |
| 283. United Parcel Service Inc. CL B Common Stock (UPS) | A | Dividend | J | T | | | | | |
| 284. Unitedhealth Group Inc (UNH) | A | Dividend | K | T | Sold (part) | 11/26/18 | J | | |
| 285. Verizon Communications (VZ) | A | Dividend | J | T | Buy | 08/30/18 | J | | |
| 286. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 287. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 288. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 289. Vertex Pharmaceuticals Common Stock (VRTX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | Sold (part) | 11/16/18 | J | | |
| 291. VMWare Common Stock (VMW) | A | Dividend | J | T | | | | | |
| 292. Voya Finl Inc (VOYA) | A | Dividend | J | T | | | | | |
| 293. W.W. Grainger Common Stock (GWW) | A | Dividend | J | T | | | | | |
| 294. Walt Disney Co. Holding Common Stock (DIS) | A | Dividend | J | T | | | | | |
| 295. Weatherford International (WFT) | | None | | | Buy | 01/03/18 | J | | |
| 296. | | | | | Buy (add'l) | 01/08/18 | J | | |
| 297. | | | | | Sold | 03/15/18 | J | | |
| 298. | | | | | Buy | 04/16/18 | J | | |
| 299. | | | | | Sold | 09/14/18 | J | | |
| 300. | | | | | Buy | 10/15/18 | J | | |
| 301. | | | | | Sold | 12/11/18 | J | | |
| 302. Wells Fargo Common Stock (WFC) | A | Dividend | J | T | Buy (add'l) | 04/16/18 | J | | |
| 303. | | | | | Sold (part) | 12/11/18 | J | | |
| 304. Western Digital Common Stock (WDC) | A | Dividend | J | T | Sold (part) | 09/14/18 | J | | |
| 305. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 306. | | | | | Sold (part) | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Weyerhauser Co. Common Stock (WY) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 308. XL Group Ltd. (XL) | | None | J | T | Sold (part) | 03/09/18 | J | A | |
| 309. | | | | | Sold | 01/12/18 | J | A | |
| 310. Yum China Holdings Common Stock (YUMC) | A | Dividend | J | T | | | | | |
| 311. Zoetis Common Stock | A | Dividend | J | T | | | | | |
| 312. Ishares Core S&P US Growth (IUSG) | A | Dividend | J | T | Sold | 01/08/18 | J | A | |
| 313. | | | | | Buy | 03/15/18 | J | | |
| 314. | | | | | Sold | 04/16/18 | J | | |
| 315. | | | | | Buy | 06/18/18 | J | | |
| 316. | | | | | Sold | 07/19/18 | J | A | |
| 317. | | | | | Buy | 09/14/18 | J | | |
| 318. | | | | | Sold | 10/15/18 | J | | |
| 319. | | | | | Buy | 12/11/18 | J | | |
| 320. Ishares Core S&P US Value (IUSV) | A | Dividend | L | T | Sold | 01/08/18 | J | A | |
| 321. | | | | | Buy | 03/15/18 | K | | |
| 322. | | | | | Sold | 04/16/18 | K | | |
| 323. | | | | | Buy | 06/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 07/19/18 | K | A | |
| 325. | | | | | Buy | 09/14/18 | K | | |
| 326. | | | | | Sold | 10/15/18 | K | | |
| 327. | | | | | Buy | 12/11/18 | L | | |
| 328. Ishares Russell 1000 Grw ETF (IWF) | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 329. | | | | | Sold | 04/16/18 | J | | |
| 330. | | | | | Buy | 06/18/18 | J | | |
| 331. | | | | | Sold | 07/19/18 | J | A | |
| 332. | | | | | Buy | 09/14/18 | J | | |
| 333. | | | | | Sold | 10/15/18 | J | | |
| 334. | | | | | Buy | 12/11/18 | J | | |
| 335. Brokerage Account #5 (H) | | | | | | | | | |
| 336. Davis New York Venture Mutual Fund (NYVCX) | G | Dividend | O | T | | | | | |
| 337. Brokerage Account #6 (H) | | | | | | | | | |
| 338. UBS Bank USA Bus Acct (Cash) | A | Interest | J | T | | | | | |
| 339. Dominion Resources Common Stock (D) | C | Dividend | L | T | | | | | |
| 340. Exxon Mobile Common Stock (XOM) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Pepsico Common Stock (PEP) | A | Dividend | K | T | | | | | |
| 342. Walmart Common Stock (WMT) | B | Dividend | L | T | | | | | |
| 343. MFS Maryland Municipal Bond Fund (MFSMX) | B | Interest | L | T | | | | | |
| 344. Brokerage Account #7 (H) | | | | | | | | | |
| 345. UBS Bank USA (cash) | A | Interest | K | T | | | | | |
| 346. First Trust Financial Alphadex Fund ETF (FXO) | B | Dividend | L | T | | | | | |
| 347. IShares US Technology ETF (IYW) | A | Dividend | L | T | Sold (part) | 01/17/18 | K | D | |
| 348. IShares US Healthcare ETF (IYH) | A | Dividend | L | T | Sold (part) | 01/17/18 | J | B | |
| 349. IShares US Consumer Goods ETF (IYK) | B | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 350. IShares US Real Estate ETF (IYR) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 351. IShares US Consumer Services ETF (IYC) | A | Dividend | L | T | Sold (part) | 01/17/18 | J | B | |
| 352. IShares US Energy ETF (IYE) | B | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 353. Powershares Active Mng (formerly Guggenheim Ultra Short Dur) (GSY) | B | Interest | | | Buy (add'l) | 01/17/18 | K | | |
| 354. | | | | | Sold | 05/22/18 | M | A | |
| 355. IShares Floating Rate Bond ETF (FLOT) | B | Dividend | M | T | Buy | 05/22/18 | M | | |
| 356. IShares Core Total USD Bond Mkt ETF (IUSB) | C | Dividend | | | Buy | 01/17/18 | M | | |
| 357. | | | | | Sold | 12/06/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. SPDR Portfolio Aggregate Bond ETF (SPAB) | | None | | | Sold | 01/17/18 | L | | |
| 359. SPDR Portfolio Short Term Corp Bond ETF (SPSB) | | None | | | Sold | 01/17/18 | L | | |
| 360. Vanguard Short-term Corporate Bond ETF (VCSH) | C | Dividend | M | T | Buy | 01/17/18 | M | | |
| 361. Vanguard Inter Term Bond ETF DE VSP (BIV) | | None | | | Sold | 01/17/18 | L | | |
| 362. Vanguard Total Bond Mkt ETF (BND) | A | Dividend | M | T | Buy | 12/06/18 | M | | |
| 363. Brokerage Account #8 (H) | | | | | | | | | |
| 364. UBS Bank USA Dep Acct (Cash) | A | Interest | J | T | | | | | |
| 365. Blackrock Munivest Fund II (MVT) | B | Dividend | K | T | | | | | |
| 366. Blackrock Munivest Fund (MVF) | B | Dividend | K | T | | | | | |
| 367. Nuveen Select Tax Free Income Port 3 (NXR) | B | Dividend | K | T | | | | | |
| 368. Dreyfus AMT-Free Mun Bond Fd Class A (DMUAX) | B | Dividend | L | T | | | | | |
| 369. Brokerage Account #9 (H) | | | | | | | | | |
| 370. UBS Bank USA (cash) | A | Interest | J | T | | | | | |
| 371. First Trust Financial Alphadex Fund ETF (FXO) | B | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 372. IShares US Technology ETF (IYW) | A | Dividend | L | T | Sold (part) | 01/17/18 | J | | |
| 373. | | | | | Sold (part) | 06/25/18 | J | D | |
| 374. IShares US Healthcare ETF (IYH) | A | Dividend | L | T | Sold (part) | 01/17/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 06/25/18 | J | | |
| 376. IShares US Consumer Goods ETF (IYK) | B | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 377. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 378. IShares US Real Estate ETF (IYR) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 379. | | | | | Sold (part) | 06/25/18 | J | A | |
| 380. IShares US Consumer Services ETF (IYC) | A | Dividend | L | T | Sold (part) | 01/17/18 | J | B | |
| 381. | | | | | Sold (part) | 06/25/18 | J | D | |
| 382. IShares US Energy ETF (IYE) | B | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 383. Powershares Active Mng (formerly Guggenheim Ultra Short) (GSY) | A | Interest | | | Buy (add'l) | 01/17/18 | K | | |
| 384. | | | | | Sold | 05/22/18 | M | A | |
| 385. IShares Floating Rate Bond ETF (FLOT) | B | Dividend | L | T | Buy | 05/22/18 | M | | |
| 386. | | | | | Sold (part) | 06/25/18 | J | | |
| 387. IShares Core Total USD Bond Mkt ETF DE (IUSB) | C | Dividend | | | Buy | 01/17/18 | M | | |
| 388. | | | | | Sold | 12/16/18 | L | | |
| 389. SPDR Portfolio Aggregate Bond ETF (SPAB) | | None | | | Sold | 01/17/18 | L | | |
| 390. SPDR Portfolio Short Term Corp Bond ETF (SPSB) | | None | | | Sold | 01/17/18 | L | | |
| 391. Vanguard Inter Term Bond ETF (BIV) | | None | | | Sold | 01/17/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Vanguard Short-term Corporate Bond ETF (VCSH) | C | Dividend | L | T | Buy | 01/17/18 | M | | |
| 393. | | | | | Sold (part) | 06/25/18 | J | | |
| 394. Vanguard Total Bond Mkt ETF (BND) | A | Dividend | L | T | Buy | 12/06/18 | L | | |
| 395. Brokerage Account #10 (H) | | | | | | | | | |
| 396. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 397. Baker Hughes A GE (BHGE) | | None | K | T | Buy | 12/04/18 | K | | |
| 398. Bank of America Corp. (BAC) | A | Dividend | K | T | | | | | |
| 399. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 400. Ford Motor Co. Common Stock (F) | | None | | | Sold | 01/25/18 | K | | |
| 401. Halliburton Co. (HAL) | A | Dividend | | | Sold | 12/03/18 | K | | |
| 402. CBRE Clarion Global Real Estate Fund (IGR) | C | Dividend | K | T | | | | | |
| 403. Cohen & Steers CEF Opp Fd. Inc. (FOF) | A | Dividend | J | T | | | | | |
| 404. Kayne and Midstream/Engy FD (KMF) | A | Dividend | K | T | Buy | 12/03/18 | K | | |
| 405. First Tr MLP & Enrg Inc Fnd. (FEI) | C | Dividend | | | Sold | 12/03/18 | K | | |
| 406. ACAP Strategic Interval (XCAPX) | C | Dividend | L | T | | | | | |
| 407. Hartford Municipal Opportunity (HHMCX) | A | Dividend | K | T | | | | | |
| 408. Principal Investment Fund (PRFCX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Brokerage Account #11 (H) | | | | | | | | | |
| 410. Bank of America Common Stock (BAC) | B | Dividend | L | T | | | | | |
| 411. Exxon Mobile Common Stock (XOM) | B | Dividend | K | T | | | | | |
| 412. U.S. Steel Common Stock (X) | A | Dividend | J | T | | | | | |
| 413. Brokerage Account #12 (H) | | | | | | | | | |
| 414. IShares Barclays 1-3 Yr Trs Bd (SHY) | A | Dividend | J | T | | | | | |
| 415. IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | J | T | | | | | |
| 416. IShares MSCI Japan ETF (EWJ) | A | Dividend | J | T | | | | | |
| 417. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 418. PIMCO Enhanced Shrt Mtrt Exc (MINT) | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 419. Alger Small Cap Growth Inst. (AISZX) | A | Dividend | | | Sold (part) | 01/17/18 | J | | |
| 420. | | | | | Sold | 07/27/18 | J | A | |
| 421. Artisan Midcap Value Inv. (APDQX) | A | Dividend | J | T | Sold (part) | 01/17/18 | J | | |
| 422. Blackrock Equity Dividend I (MADVX) | B | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 423. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 424. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 425. Columbia Select Large Cap Growth (UMLGX) | B | Dividend | J | T | Sold (part) | 01/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 06/25/18 | J | A | |
| 427. | | | | | Sold (part) | 08/27/18 | J | B | |
| 428. Oppenheimer Int'l Growth (OIGYX) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 429. | | | | | Sold (part) | 06/25/18 | J | A | |
| 430. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 431. Prudential Jennison MD Cap. (PEGZX) | A | Dividend | J | T | Sold (part) | 01/17/18 | J | | |
| 432. Royce Premier Inv. (RYPRX) | A | Dividend | | | Sold (part) | 01/17/18 | J | | |
| 433. | | | | | Sold | 07/27/18 | J | A | |
| 434. Wells Fargo Emerg. Mkts. (EMGNX) | A | Dividend | J | T | | | | | |
| 435. Brokerage Account #13 (H) | | | | | | | | | |
| 436. IShares Barclays 1-3 Yr TSY Bd (SHY) | A | Dividend | J | T | | | | | |
| 437. IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 438. | | | | | Sold (part) | 06/25/18 | J | | |
| 439. IShares MSCI Japan ETF (EWJ) | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 440. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 441. PIMCO Enhanced Shrt Mtrt Exc (MINT) | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 442. Alger Small Cap Growth Inst. (AISZX) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 44

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

07/25/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 06/25/18 | J | A | |
| 444. | | | | | Sold (part) | 07/27/18 | J | B | |
| 445. Artisan Midcap Value Inv. (APDQX) | B | Dividend | J | T | Sold (part) | 01/12/18 | J | | |
| 446. Blackrock Equity Dividend (MADVX) | D | Dividend | L | T | Sold (part) | 01/12/18 | J | A | |
| 447. | | | | | Sold (part) | 06/25/18 | J | A | |
| 448. | | | | | Buy (add'l) | 07/27/18 | K | | |
| 449. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 450. Columbia Select Large Cap Growth (UMLGX) | D | Dividend | K | T | Sold (part) | 01/12/18 | J | B | |
| 451. | | | | | Sold (part) | 06/25/18 | J | A | |
| 452. | | | | | Sold (part) | 07/27/18 | K | C | |
| 453. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 454. Oppenheimer Int'l Growth (OIGYX) | B | Dividend | L | T | Buy (add'l) | 01/12/18 | K | | |
| 455. | | | | | Sold (part) | 06/25/18 | J | B | |
| 456. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 457. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 458. Prudential Jennison MD Cap. (PEGZX) | C | Dividend | J | T | Sold (part) | 01/12/18 | J | | |
| 459. | | | | | Buy (add'l) | 12/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 44

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

07/25/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Royce Premier Inv. (RYPRX) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | | |
| 461. | | | | | Sold (part) | 07/27/18 | J | A | |
| 462. Virtus Insight Emerg. Mkts. (HIEMX) | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 463. | | | | | Sold (part) | 06/25/18 | J | A | |
| 464. Wells Fargo Emerg. Mkts. (EMGNX) | A | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 465. Brokerage Account #14 (H) | | | | | | | | | |
| 466. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 467. Alcoa Corp. Common Stock (AA) | A | Dividend | | | Sold | 04/09/18 | J | D | |
| 468. Arconic Inc. Common Stock (ARNC) | A | Dividend | | | Sold | 04/09/18 | K | | |
| 469. Blackstone Group Common Stock (BX) | D | Dividend | L | T | | | | | |
| 470. Carnival CP New Paired Com (CCL) | A | Dividend | K | T | Buy | 07/11/18 | K | | |
| 471. Celgene Common Stock (CELG) | | None | L | T | | | | | |
| 472. CVS Caremark Common Stock (CVS) | C | Dividend | L | T | | | | | |
| 473. Enterprise Products Partners LP (EPD) | D | Dividend | M | T | | | | | |
| 474. General Electric Common Stock (GE) | A | Dividend | | | Sold | 01/25/18 | J | | |
| 475. General Motors Common Stock (GM) | B | Dividend | K | T | | | | | |
| 476. Merck Common Stock (MRK) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 44

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

07/25/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Murphy Oil Common Stock (MUR) | A | Dividend | J | T | | | | | |
| 478. Murphy USA Inc. Com. (MUSA) | | None | J | T | | | | | |
| 479. Starbuck's Corp. Common Stock (SBUX) | B | Dividend | L | T | | | | | |
| 480. United Technologies Corp (UTX) | A | Dividend | L | T | Buy | 07/11/18 | L | | |
| 481. United Health Group Common Stock (UNH) | B | Dividend | M | T | | | | | |
| 482. WPX Energy Common Stock (WPX) | | None | | | Sold | 04/26/18 | L | E | |
| 483. Calamos Strg Title Return Fd (CXQ) | C | Dividend | | | Sold | 06/26/18 | L | | |
| 484. DBX ETF TR Xtrack MSCI Europe Fund (DBEU) | A | Dividend | K | T | | | | | |
| 485. First Tr MLP & Eng Fund (FEI) | E | Dividend | M | T | | | | | |
| 486. IShares NASDAQ Biotech ETF (IBB) | A | Dividend | L | T | | | | | |
| 487. Hartford Floating Rate BD A (HFLAX) | B | Dividend | L | T | | | | | |
| 488. Putnam Equity Income C (PEQCX) | C | Dividend | L | T | | | | | |
| 489. Western Asset Int. Term Muni C (SMLLX) | B | Dividend | L | T | | | | | |
| 490. Western Asset Short Duration Muni Income C (SHDLX) | A | Dividend | L | T | | | | | |
| 491. NATIONWIDE LIFE DESTINATION NAVIGATOR VARIABLE ANNUITY (H) | | | | | | | | | |
| 492. NW NVIT SP 500 INDEX II | | None | L | T | | | | | |
| 493. BLACKROCK GLOBAL ALLOCATION V.I. III | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 44

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

07/25/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. FIDVIP EQ INC SVC 2 | | None | L | T | | | | | |
| 495. NW NVIT CARDINAL AFFR II | | None | L | T | | | | | |
| 496. Brokerage Account #15 (H) | | | | | | | | | |
| 497. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 498. IShares Core S&P US Value (IUSV) | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 499. IShares Inc. MSCI Japan ETF (EWJ) | A | Dividend | J | T | | | | | |
| 500. IShares Russell 1000 GRW ETF (IWF) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 501. IShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 502. IShares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 503. IShares Russell Midcap G ETF (IWP) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 504. IShares JP Morgan EM Bond ETF (EMB) | A | Dividend | | | Sold | 04/06/18 | J | | |
| 505. PIMCO Enhanced Short Mtrt (MINT) | B | Dividend | L | T | Buy (add'l) | 04/06/18 | J | | |
| 506. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 507. SPDR BBG Barclays High Yield Bond (JNK) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 508. SPDR Nuveen BBG Short-Term (SHM) | A | Dividend | L | T | Buy (add'l) | 03/01/18 | J | | |
| 509. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 510. | | | | | Buy (add'l) | 06/28/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Vanguard FTSE Developed Mkts E (VEA) | A | Distribution | J | T | Buy | 12/11/18 | J | | |
| 512. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 513. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 514. Vanguard FTSE Emerging Markets (VWO) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 515. Alger Small Cap Growth Inst. (AISZX) | | None | J | T | Sold (part) | 04/06/18 | J | A | |
| 516. American Century Intl. Bond (AIBHX) | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 517. American Europacific Growth F1 (AEPFX) | C | Dividend | K | T | Sold (part) | 04/06/18 | J | A | |
| 518. | | | | | Sold (part) | 12/11/18 | J | | |
| 519. American Growth Fund of America F1 (GFFFX) | B | Dividend | K | T | Sold (part) | 04/06/18 | J | A | |
| 520. Baron Small Cap Retail (BSFIX) | A | Dividend | J | T | Sold (part) | 04/06/18 | J | | |
| 521. Columbia Select Large Cap Growth Fd (UMLGX) | C | Dividend | J | T | Sold (part) | 04/06/18 | J | A | |
| 522. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 523. | | | | | Sold (part) | 12/11/18 | J | | |
| 524. Davis New York Venture Y (DNVYX) | C | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 525. | | | | | Sold (part) | 12/11/18 | J | | |
| 526. Federated Strategy Val Div Inst Fd (SVAIX) | B | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 527. | | | | | Buy (add'l) | 04/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 529. | | | | | Sold (part) | 12/11/18 | K | | |
| 530. Franklin Fed Intm Trm Txfr Adv (FITZX) | B | Dividend | L | T | Buy (add'l) | 03/01/18 | J | | |
| 531. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 532. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 533. Goldman Sachs Growth Opp. 1 (GGOIX) | A | Dividend | J | T | Sold (part) | 04/06/18 | J | | |
| 534. Invesco American Value Y (MSAIX) | A | Dividend | J | T | | | | | |
| 535. JP Morgan Emerging Markets Sel (JEMSX) | A | Dividend | J | T | Sold (part) | 04/06/18 | J | A | |
| 536. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 537. JP Morgan Mid Cap Value S (JMVSX) | A | Dividend | J | T | | | | | |
| 538. Lazard Emerging Markets 1 (LZEMX) | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 539. | | | | | Sold (part) | 12/11/18 | J | | |
| 540. Nationwide Geneva Mdcp Gw F (NWHYX) | A | Dividend | | | Sold (part) | 04/06/18 | J | | |
| 541. | | | | | Sold | 12/11/18 | J | | |
| 542. Oppenheimer International BD Y (OIBYX) | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 543. Oppenheimer Intl Growth Y (OIGYX) | A | Dividend | K | T | Sold (part) | 04/06/18 | J | A | |
| 544. | | | | | Buy (add'l) | 06/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 12/11/18 | J | | |
| 546. Royce Micro-cap Inv. (RYOTX) | | None | | | Sold | 01/03/18 | J | | |
| 547. Royce Total Return Inv. (RYTRX) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 548. T Rowe Price High Yield (PRHYX) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 549. Templeton Int'l Bond Fund (FIBZX) | A | Dividend | | | Sold | 06/27/18 | J | | |
| 550. Wells Fargo High Income Inv. (EKHIX) | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 551. Western Ast Int Term Muni (SBTYX) | B | Dividend | L | T | Buy (add'l) | 03/01/18 | J | | |
| 552. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 553. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 554. Brokerage Account #16 (H) | | | | | | | | | |
| 555. Dish Network Corp Class A (DISH) | | None | K | T | Buy | 01/25/18 | K | | |
| 556. Cohen & Steers CEF Opp Fd. Inc. (FOF) | C | Dividend | K | T | | | | | |
| 557. Goldman Sachs Step-Up Callable Note (38148TNJ4) | A | Interest | K | T | | | | | |
| 558. Skybridge Multi-Advisor Hedge Fund (CAI01) | | None | L | T | | | | | |
| 559. DELAWARE LIFE SUNLIFE MASTERS FLEX VARIABLE ANNUITY (H) | | | | | | | | | |
| 560. FIDELITY VIP CONTRAFUND-SERV | | None | K | T | | | | | |
| 561. MFS VIT I RESEARCH SERIES SERV | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. FRANKLIN MUTUAL SHARES VIP FUND | | None | K | T | | | | | |
| 563. FIRST EAGLE OVERSEAS VARIABLE | | None | K | T | | | | | |
| 564. PIMCO VIT TOTAL RETURN BOND PO | | None | J | T | | | | | |
| 565. NATIONWIDE LIFE BOA ACHIEVER L SHARE VARIABLE ANNUITY (H) | | | | | | | | | |
| 566. NEUBER AMT SHORT DURATION BOND I | | None | K | T | | | | | |
| 567. MFS VIT VALUE SER SVC | | None | J | T | | | | | |
| 568. NW NVIT VW FD II | | None | J | T | | | | | |
| 569. OPP MN ST VA SVC | | None | J | T | | | | | |
| 570. FIDVIP INVMT GRD BD SVC 2 | | None | K | T | | | | | |
| 571. NW NVIT GOV'T BOND I | | None | K | T | | | | | |
| 572. PIMCO VIT LOW DURATION ADV | | None | J | T | | | | | |
| 573. NW NVIT MULTI MANAGER MIDCAP GROWTH II | | None | J | T | | | | | |
| 574. MULTI MANAGER MIDCAP VALUE II | | None | J | T | | | | | |
| 575. NW NVIT GOV MNY MKT I | | None | J | T | | | | | |
| 576. NW NVIT GOV MULTI MANAGER INT'L GROWTH II | | None | J | T | | | | | |
| 577. NW NVIT GOV MULTI MANAGER LARGE CAP GROWTH II | | None | J | T | | | | | |
| 578. NW NEUBER NVIT SOC RESP II | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. NW TMP NVIT INTL VAL I | | None | J | T | | | | | |
| 580. NW NVIT COR BD II | | None | K | T | | | | | |
| 581. Brokerage Account #17 (H) | | | | | | | | | |
| 582. Abbvie Common Stock (ABBV) | A | Dividend | J | T | | | | | |
| 583. Align Technology Common Stock (ALGN) | | None | J | T | | | | | |
| 584. Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | |
| 585. Alphabet Inc Cl C Common Stock (GOOG) | | None | J | T | | | | | |
| 586. Amazon Com. Inc. (AMZN) | | None | J | T | | | | | |
| 587. Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 588. Apple Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |
| 589. AT&T Inc. Common Stock (T) | A | Dividend | | | Sold | 10/19/18 | J | B | |
| 590. Booking Holdings (BKNG) former Priceline Com. Inc. Common Stock (PCLN) | | None | J | T | Sold (part) | 04/26/18 | J | B | |
| 591. Celgene Corp (CELG) | | None | | | Sold | 04/06/18 | J | | |
| 592. Centene Corp (CNC) | | None | J | T | Buy | 10/19/18 | J | | |
| 593. Cincinnati Financial. Corp. Common Stock (CINF) | A | Dividend | J | T | | | | | |
| 594. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 595. CME Group Common Stock (CME) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. CVS Caremark Common Stock (CVS) | A | Dividend | | | Sold | 04/06/18 | J | A | |
| 597. EOG Resources Common Stock (EOG) | A | Dividend | J | T | | | | | |
| 598. Ecolab Inc. Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 599. Edwards Lifesciences Corp (EW) | | None | J | T | | | | | |
| 600. Electronic Arts Common Stock (EA) | | None | J | T | Sold (part) | 04/06/18 | J | A | |
| 601. Emerson Electric Co. Common Stock (EMR) | A | Dividend | J | T | | | | | |
| 602. Exxon Mobile Corp. Common Stock (XOM) | A | Dividend | J | T | | | | | |
| 603. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 604. Fidelity National Information Services, Inc. (FIS) | A | Dividend | J | T | | | | | |
| 605. Glenmeade Small Cap Equity Port Adv. (GTCSX) | B | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 606. Intuit Common Stock (INTU) | A | Dividend | J | T | | | | | |
| 607. JP Morgan Chase Co. Common Stock (JPM) | A | Dividend | J | T | Sold (part) | 10/19/18 | J | B | |
| 608. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | | | | | |
| 609. Lincoln Nat'l Corp. Common Stock (LNC) | A | Dividend | J | T | | | | | |
| 610. Lowe's Common Stock (LOW) | A | Dividend | J | T | | | | | |
| 611. Mastercard (MA) | A | Dividend | J | T | | | | | |
| 612. McDonald's Corp. Common Stock (MCD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Microsoft Common Stock (MSFT) | A | Dividend | J | T | | | | | |
| 614. Mohawk Indus. Common Stock (MHK) | | None | J | T | | | | | |
| 615. Nextera Energy Inc. Common Stock (NEE) | A | Dividend | J | T | | | | | |
| 616. PNC Financial Services Group Inc. (PNC) | A | Dividend | J | T | | | | | |
| 617. Parsley Energy Inc (PE) | | None | J | T | Buy | 10/19/18 | J | | |
| 618. Paypal Holdings Inc (PYPL) | | None | J | T | Buy | 10/19/18 | J | | |
| 619. Philip Morris Intl. Common Stock (PM) | A | Dividend | J | T | | | | | |
| 620. Pioneer Natural Resources Common Stock (PXD) | A | Dividend | J | T | | | | | |
| 621. Praxair Inc. Common Stock (PX) | | None | | | Merged (with line 637) | 10/22/18 | J | | |
| 622. Procter & Gamble Inc. Common Stock (PG) | A | Dividend | J | T | | | | | |
| 623. Prudential Financial Inc. Common Stock (PRU) | A | Dividend | J | T | | | | | |
| 624. Southwest Airlines Common Stock (LUV) | A | Dividend | J | T | | | | | |
| 625. T. Rowe Price Mid Cap Growth Fund (RPMGX) | C | Dividend | K | T | Buy (add'l) | 12/14/18 | J | | |
| 626. Texas instruments Inc (TXN) | A | Dividend | J | T | Buy | 04/06/18 | J | | |
| 627. Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 628. United Health Group, Inc. Common Stock (UNH) | A | Dividend | J | T | | | | | |
| 629. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Wheeler, Thomas C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Walt Disney Common Stock (DIS) | A | Dividend | J | T | | | | | |
| 631. Wells Fargo Special Mid Cap Value (WFMIX) | A | Dividend | K | T | | | | | |
| 632. 3M Co. Common Stock (MMM) | A | Dividend | J | T | Sold (part) | 04/30/18 | J | B | |
| 633. Accenture PLC Cl A Common Stock (ACN) | A | Dividend | J | T | | | | | |
| 634. Chubb Ltd. (CB) | A | Dividend | J | T | | | | | |
| 635. Harding Loevner International Equity (HLMIS) | A | Dividend | K | T | | | | | |
| 636. Ingersoll Rand PLC (IR) | A | Dividend | J | T | | | | | |
| 637. Linde Plc (LIN) | A | Dividend | J | T | | | | | |
| 638. Schlumberger Ltd. Common Stock (SLB) | A | Dividend | | | Sold | 10/19/18 | J | A | |
| 639. Magna International (MGA) | A | Dividend | J | T | Sold (part) | 04/26/18 | J | A | |
| 640. T. Rowe Prive International Value Equity Fund Int'l (TRIGX) | A | Dividend | K | T | | | | | |
| 641. Baron Emerging Mkts. Fd. (BEXIX) | A | Dividend | J | T | | | | | |
| 642. Causeway Emerging Mkts Fund (CEMIX) | A | Dividend | J | T | | | | | |
| 643. AQR Long/Short Equity Fd (QLEIX) | A | Dividend | J | T | Sold (part) | 11/13/18 | J | A | |
| 644. Robeco Boston Partners Long/Short Fd (BPIRX) | A | Dividend | J | T | Sold (part) | 11/13/18 | J | A | |
| 645. Nuveen Inter. Dur. Mun. Fund (NUVBX) | B | Dividend | L | T | Buy (add'l) | 04/05/18 | J | | |
| 646. | | | | | Buy (add'l) | 06/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 648.  Principal Preferred Sec. Ins (PPSIX) | A | Dividend | J | T | | | | | |
| 649.  Federated Inst. High Yield Bond Fd (FIHBX) | A | Dividend | J | T | Sold (part) | 04/05/18 | J | | |
| 650.  Mainstay Floating Rate Fund (MXFIX) | A | Dividend | K | T | Buy (add'l) | 04/05/18 | J | | |
| 651. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 652.  IShares JP Morgan USD Emerg. Mkts. Bond ETF (EMB) | A | Dividend | | | Sold | 06/13/18 | J | | |
| 653.  Loomis Sayles Strategic Alpha Fund Y (LASYX) | A | Dividend | K | T | | | | | |
| 654.  American Tower Common Stock (AMT) | A | Dividend | J | T | | | | | |
| 655.  Nuveen Real Estate Security Class I (FARCX) | A | Dividend | J | T | | | | | |
| 656.  Principal G I R E Sec Ins (POSIX) | A | Dividend | J | T | | | | | |
| 657.  Invesco Bal Risk Commodity Fd (BRCYX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 07/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

Part VII, lines 75, 110, 116, 159, 163, 174, 212, 217, 218, 238, 338, 364, 587 & 639: These items became reportable during 2018; there are no corresponding reportable transactions.

Part VII, line 487: Formerly Hartford Floating Rate Fund (HFLCX). This was a corporate exchange; there is not a corresponding reportable transaction.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 92, 99, 117, 173, 212, 400, 401, and 446 (2017): These items are not reportable in 2018; there are no corresponding reportable transactions.

The ticker symbol for U.S. Steel is (X).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas C. Wheeler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544